1092

[No. 12365-1-III.    Division Three.    February 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON T. JUDKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00313-4, Carolyn A. Brown, J., entered March 20, 1992. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 13015-1-III.    Division Three.    February 9, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NOE SERRANO GARZA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 91-1-00087-9, Fred R. Staples, J., entered January 15, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.

[No. 11793-6-III.    Division Three.    February 9, 1995.]

LAVERNE GUNLOCK, ET AL, *Appellants*, v. KENNEWICK GENERAL HOSPITAL, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-2-00298-2, Dennis D. Yule, J., entered July 18, 1991. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.

[No. 32062-9-I.    Division One.    February 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO CEJA-ZEPEDA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05539-9, Janice Niemi, J. Pro Tem., entered January 4, 1993. *Dismissed* by unpublished per curiam opinion.